| DIST. | OFF. | YR. | DOCKET NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | PTF DEF | 23 | $ DEMAND Nearest $1,000 | J | MAG. NO. | COUNTY | DEM. | YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 208 | 01 | 81 | 0107 | 1 9 81 | 3 | 440 | 1 | | | | | | 36061 | | 81 | 0107 |

JUDGE LEVAL

**PLAINTIFFS**

REYNOLDS DANIEL, CRUZ CARLOS, McGRAW TYRONE, MADRICK WALLACE, GRIER, on behalf of themselves and all other persons similarly situated

Amended complt.
9-7-83

SECOND AMENDED
COMPLT. on
6-26-86

**DEFENDANTS**

BENJAMIN WARD, KAUVER ABRAHAM J. ARMSTRONG ESTA, FERRER REINALDO, GOLDBERG ALLEN, KELLERMAN SARA L., ALBERTI DARTE, MONROE JAMES, PRENDVILLE JOHN, SCHWARTZ DANIEL WEINSTEIN HENTY, BRODSKY STANLY, BOHMAN MADELINE, CLARK IRA, DURRELL MARYLIN, and EDWARD KOCH

(SEE PAGE 1A)   FOR CAPTION

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)
Civil Rights                                             AP

**ATTORNEYS**

Theodore H. Katz
Dori A. Lewis
Jonathan S. Chasan
The Legal Aid Society-Prisoners'
Rights Project
15 Park Row - 19th Floor
New York, N.Y. 10038 (577-3530)

Corporation Counsel, City of New York
100 Church Street
New York, N.Y. 10007

PETER L. ZIMROTH
Corporation Counsel of the City of New York
100 Church Street,
Room 6C14
New York, New York 10007
(212) 566-2309
BY: ROBERT TRACHTENBERG
    Assistant Courporation Counsel

CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS ✓

FILING FEES PAID
DATE: JAN 9 1981
RECEIPT NUMBER: FP

STATISTICAL CARDS
CARD JS-5   DATE MAILED 10-2-90

UNITED STATES DISTRICT COURT DOCKET

DC 111A
(Rev. 1/78)

PAGE 1.A

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| DANIEL REYNOLDS et al | BENJAMIN WARD et al | DOCKET NO. _____ <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | January 5 |
|---|---|---|---|

Amended 6-26-86

JACQUELINE McMICKENS, Commissioner
of the Department of Correction of
the City of New York; JO IVIE
BOUFFARD, President of the Health
and Hospitals Corporation of the
City of New York; ESTA ARMSTRONG,
Director of Prison Health/Mental
Health for the Health and Hos-
pitals Corporation; STEPHEN
JOSEPH, Commissioner of the
Department of Health of the
City of New York; SARA L.
KELLERMAN, M.D., Commissioner of
the Department of Mental Health,
Mental Retardation and Alcoholism
Services of the City of New York;
ARNETT GASTON, JOSEPH DiRUSSO and
DANIEL MEEHAN, Deputy Wardens in
Command of the prison wards at
Bellevue, Elmhurst and Kings
County Hospitals, respectively;
DANIEL SCHWARTZ, M.D., HENRY
WEINSTEIN, M.D., and STANLEY
BRODSKY, M.D., Directors of the
prison wards at Kings County,
Bellevue and Elmhurst Hospitals,
respectively; RON MILCH, IRA
CLARK and JEFFREY MENKES,
Executive Directors, Bellevue
Hospital Center, Kings County
Hospital Center and Elmhurst
Hospital Center, respectively;
ALLEN GOLDBERG, Director of
Prison Health Services of the
Department of Health of the
City of New York; EDWARD KOCH,
Mayor of the City of New York;
individually and in their official
capacities.
                                Defendants.

REYNOLDS DANIEL, et al.,        v.        WARD BENJAMIN et al

| DATE | NR. | 81 Civ. 0107 | PROCEEDINGS |
|---|---|---|---|
| 1-9-81 | 1 | Filed Ex Parte Order Permitting Pltff's, to Proceed in Forma Pauperis... So Ordered, Judge Charles L. Brieant. | |
| 1-9-81 | 2 | Filed complaint and issued summons and notice Pur. To: 28/636. | |
| 1-12-81 | 3 | Filed Pltff's Affidavit and Notice of Motion for class Certification Pur. to: Rule 23 F.R. Civ. P.  Ret. by 1-27-81 at 10A.M. in Part I. | |
| 1-12-81 | 4 | Filed Pltff's Memorandum of Law in support of motion for class Certification. | |
| 1-27-81 | 5 | Filed Deft's AFFIDAVIT in reference to Motion for class Certification. | |
| 2/2/80 | 6 | Fld Notice the action is assigned to Judge Lasker  m/n | |
| 2/2/81 |  | Fld memo end on entry   3 rd.,   motion granted on consent  LASKER  J m/n | |
| 6-10-81 | 7 | Filed Defts' ANSWER.                                                          AGS | |
| 7-16-82 | 8 | Filed pltffs' Notice of taking deposition of Elizabeth Sprulli on 6-30-82. | |
| 1-27-83 | 9 | Filed  pltffs' Notice of taking deposition of Dante Albertie on 2-14-83. | |
| 5-11-83 | 10 | Filed pltff. The Legal Aid Society's Notice of taking deposition of the custodian of the medical & psychiatric records of Lydia Cirillo  on 5-12-83. | |
| 8-29-83 | 11 | Filed stip and order to amend complt.; Order permitting amendment of cmp.t as so indicated. So ordered Lasker, J. | |
| 9-7-83 | 12 | Filed FIRST AMENDED COMPLAINT (Class Action)   See page 1A | |
| 9-28-83 | 13 | Filed Deposition of Defts Benjamin Ward et al on 2-14-83. m/n | |
| 9-28-83 | 14 | Filed deposition of Gerard Singleman on 5-24-83.  m/n | |
| 9-28-83 | 15 | Filed deposition of Gerard Singleman on 5-31-83.  m/n | |
| 9-28-83 | 16 | Filed deposition of  Dante Albertie on 5-26-83.  m/n | |
| 9-28-83 | 17 | Filed deposition of deft. Gerard F. Singleman on 6-9-83. | |
| 9-30-83 | 18 | Filed  Deposition of Carmen Panphlet on 7-30-82 | |
| 9-30-83 | 19 | Filed  Deposition of  Dr. Carmen Z. Lemus on 8-6-82 | |
| 9-30-83 | 20 | Filed Deposition of Thomas O'Rourke on 9-22-82 | |
| 9-30-83 | 21 | Filed Continued Deposition of Thomas O'Rourke on 9-30-82 | |
| 9-30-83 | 22 | Filed  Continued Deposition of Thomas O'Rourke on 1-24-83. | |
| 10-13-83 | 23 | Filed STATEMENT pur. to Rule 3(g) of the General Rules of the So. Dist. of N.Y. | |
| 10-13-83 | 24 | Filed  pltffs' AFFDVT. & NOTICE OF MOTION  pur. to FRCP 56(a) granting summary judgt. on the issue of contact visiting at the Bellevue Hosp. prison wards. | |
| 10-13-83 | 25 | Filed MEMORANDUM OF LAW in support of pltffs' Motion for summary judgt. on the issue of contact visiting at the Bellevue Hosp. Prison Wards, for pltffs. | |

(cont'd (9 3)

DC 111A (Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 81-107 |
|---|---|---|
| DANIEL REYNOLDS, et al | BENJAMIN WARD, et al | PAGE 3 OF ___ PAGES |

LASKER, J. / PNL

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11-29-83 | 26 | Filed STATEMENT pur. to Rule 3(g). |
| 11-29-83 | 27 | Filed AFFDVT. in opposition to pltffs' Motion for Partial Summary Judgt. By Elisse Hutner |
| 11-29-83 | 28 | Filed defts' MEMORANDUM OF LAW. |
| 12-2-83 | 29 | Filed pltffs' Second Set of Interrogs. & Request for Production of Documents. |
| 12-13-83 | 30 | Filed AFFDVT. of Joseph Echevarria for pltffs. |
| 12-13-83 | 31 | Filed REPLY AFFDVT. by Dori A. Lewis, defts' opposition to pltffs' motion for summary judgt. |
| 1-3-84 | 32 | Filed AFFDVT. by Elisse Hutner for defts. |
| 1-3-84 | 33 | Filed SUPPLEMENTAL AFFDVT. by Philip A. Gabler for defts. |
| 2-3-84 | — | Filed MEMO ENDORSED on document #24, Motion desposed of by stip. & order signed this date 2-2-84....So ordered Lasker, J.  m/n |
| 2-3-84 | 34 | Filed stip and Proposed Order Re: Contact Visiting at Bellevue Hosp. Prison Wards In reliance on defts' assurances that pltffs confined on the prison medical-surgical ward shall continue to be able to receive no less than three One Hr. contact visits per week, etc. as indicated. So ordered Lasker, J. |
| 3-19-84 | 35 | Filed pltffs' DECLARATION & NOTICE OF MOTION pur. to FRCP 37, compelling defts. to respond to pltffs' Second Set of Interrogs. & Document requests. |
| 3-19-84 | 36 | Filed MEMORANDUM OF LAW in support of pltffs' Motion to compel discovery. |
| 3-22-84 | — | Filed Memo Endorsed on Doc. #35, Pltffs Notice of Motion for an order compelling defts to respond to Pltff second set of Interrogs and Document requests: Respectfully referred to Hon. Michael H. Dollinger, Magistrate of this court, to hear and determine...So Ordered, Lasker J. |
| 5-23-84 | — | PRE-TRIAL CONFERENCE HELD BY Mag. Dolinger |
| 5-25-84 | 37 | Filed ORDER, Ordered that no later than 6-7-84 defts shall produce to pltffs for inspection & copying all remaining documents responsive to pltffs' interrogs & document request filed 12-2-83 etc. So ordered  Mag. Dolinter....  m/copies |
| 12-26-85 | 38 | Filed pltffs' Notice of taking deposition of the Medical Records Custodian, Elmhurst Hospital on 1-10-86etc. as indicated. Sub. Issued |

(cont'd (g. 4))

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| DANIEL REYNOLDS ET AL | BENJAMIN WARD etc. etal | DOCKET NO. 81-0107 PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS LASKER, J. |
|---|---|---|
| 2-25-86 | 39 | Filed pltffs' Notice of taking deposition of Medical Records Custodian Elmhurst Hosp. on 3-17-86 etc. SI |
| 2-25-86 | 40 | Filed pltffs' Notice of taking deposition of Medical Records Custodian, Bellevue Hosp. on 3-17-86 etc. SI |
| 3-14-86 | 41 | Filed pltff's Notice of taking deposition of  "  "  " Elmhurst Hosp. on 4-2-86. etc. SI |
| 3-14-86 | 42 | Filed pltff's notice of taking deposition of  "  "  "Bellevue Hosp. on 4-2-86 etc. SI |
| 3-14-86 | 43 | Filed pltff's notice of taking deposition of  "  "  " Kings Cty. Hosp. on 4-2-86 etc. SI |
| 6-23-86 | 44 | Filed stip and order permitting amendment of complt. that Pltff may file a Second Amended Complt. So ordered Lasker, J. |
| 6-26-86 | 45 | Filed SECOND AMENDED COMPLT. Amended Summons Issued. |
| 4-27-87 | 46 | Filed pltff's The Legal Aid Soc. Prisoners' Rights Project, AFFDVT. & NOTICE OF MOTION compelling discovery, pur. to FRCP 37. Ret:5-15-87. |
| 4-27-87 | 47 | Filed MEMORANDUM OF LAW in support of pltff's Motion for an order to compel Discovery. |
| 5-18-87 | 48 | Fld. Defendants' Affidavit of Marilyn Richter in response to pltffs' motion to compel discovery in this action. SC |
| 5-22-87 | 49 | Filed ORDER OF REFERENCE TO A Mag. Discovery Motion etc. So ordered Lasker, J. MM |
| 5-22-87 | --- | Filed MEMO ENDORSED on document #49, Mag. Dolinger was assinged on 5-20-87. Clifford P. Kirsch, Dist. Ct. EXec. |
| 6-18-87 | - | PRE-TRIAL CONFERENCE HELD by Mag. Dolinger |
| 6-19-87 | 50 | Filed ORDER, Ordered that all document production agreed to by defts is to be provided by 6-29-87. So ordered Owen, J. |
| 7-20-87 | 51 | Filed MEMORANDUM & order, defts. assert that the doucment is a draft of a letter that was never sent, & they invoke a pre-decisional intra-agency deliberative privilege to bar its production etc. as indicated. So ordered Mag. Dolinger c/m/c MM |
| 4-15-88 | 52 | Filed stip and order that defts shall produce in the office of pltffs' Counsel all outstanding documents & other information requested in pltffs' Seventh Request for Production of Documents no later than 4-29-88 etc. So ordered Lasker, J. MM |

(cont)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 81-107 |
|---|---|---|
| DANIEL REYNOLDS ET AL | BENJAMIN WARD ET AL | PAGE 5 OF ___ PAGES |

LASKER, J. (PNI)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-3-88 | 53 | Filed deft's AFFIRMATION & NOTICE OF MOTION for a protective order pur. to Rule 26(c) FRCP as to that portion of Demand No. 8 of pltffs' 7th Request for Protection of Documents etc. Ret: 5-16-88.   MM |
| 5-3-88 | 54 | Filed defts' MEMORANDUM OF Points & authorities in support of their Motion for a Protective Order.   MM |
| 5-13-88 | 55 | Filed MEMO ENDORSED on Letter, from the Legal Aid Society by 5-13-88, request an extension of time to file papers.......pltffs' papers are to be filed 5-31-88. Defts' may reply by 6-6-88. Mag. Dolinger    MM sent to the Mag. |
| 5-16-88 | 56 | Filed Order of reference to a Mag. General P/t all Discovery motion etc. So ordered Lasker, J. |
| 5-16-88 | --- | Filed MEMO END. ON doc. #55, Mag. Dolinger was assigned this matter on 5-13-88. Clifford Kirsch.  MM |
| 5-31-88 | 57 | Filed DECLARATION in opposition to defts' Motion for a Protective Order, & in support of Motion for Sanctions pur. to FRCP 37 B of Johathan Chasan for pltffs. |
| 5-31-88 | 58 | Filed MEMORANDUM in opposition to defts' Motion for a Protective Order & in support of pltffs' Motion for Sanctions.    MM |
| 6-8-88 | 59 | Filed REPLY for defts. of Valarie L. Bacon to pltffs' opposition to defts' motion. |
| 7-6-88 | — | PRE-TRIAL CONFERENCE HELD IN Mag. Dolinger |
| 7-7-88 | 60 | Filed ORDER, If any party intends to file potentially dispositive p/t motions those motions are to be served & filed by 2-29-89. So ordered  Mag. Dolinger c/m/c     MM |
| 7-13-88 | 61 | Filed MEMORANDUM AND ORDER, defts' motion for a protective order with respect to Quality Advisory Committee documents is denied. pltffs' motion for sanctions is denied except that pltffs are awarded the expenses of their motion, including reasonable attnys' fees, etc. So ordered Mag. Dolinger    MM    c/m/c |
| 7-13-88 | 62 | Filed LETTER dated 7-12-88 by N.Y. Law Dept. Re: defts respect an extension of time to complete all discovery ......MEMO ENDORSED...The Motion is denied Mag Dolinger.         MM         sent to Mag. |
| 7-20-88 | 63 | Filed pltff's DECLARATION in support of Application for Attnys' fees by jonathan S. Chasan.    MM |
| 8-8-88 | 64 | Filed DECLARATION in support of Application for Attnys'. Fees..........with MEMO ENDORSED..DEFTS HAVING CHOSEN NOT TO OPPOSE THIS application etc. it is hereby Granted. Mag. Dolinger......         MM (sent to the Mag.) |
| 9-23-88 | 65 | Filed pltffs Notice of deposition to Robert Rachtengerg appear on 10-13-88. PA |
| 10-5-88 | — | PRE-TRIAL CONFERENCE HELD BY mag Dolinger |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 81 CV 107 |
|---|---|---|
| Daniel Reynolds et al | Board et al | PAGE 6 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10-31-88 | 66 | Filed Order, fact discovery completed by 2-28-89..expert discovery by 3-31-89 dispositive pre trial motions by 5-31-89...So Ordered..Mag. Dolinger cmc PA |
| 11-22-88 | 67 | Fld. Defts ANSWER to the second amended complaint,  PLZ    MJ |
| 12-9-88 | 68 | Filed pltffs Notice of deposition of Velda MacFarlane on 12-22-88.   PA |
| 12-16-88 | 69 | Filed defts amended answer to second amended complt.    PA |
| 1-30-89 | 70 | Filed Stip & PRotective Order governing discovery of institutional orders regarding security for hospital prisons wards..papers be placed under seal & filed with clerk of court..So Ordered..lasker, J.    PA |
| 2-14-89 | 71 | Filed pltffs Notice of deposition of Hillel Bodek on 2-28-89.   PA |
| 2-27-89 | 72 | Filed Order that supt. of Elmira Correctional Facility produce inmate Juan .Delgado  at the Elmira Corr. Fac. for deposition on 3-16-89..Lasker, J. cmc PA |
| 2-27-89 | 73 | Filed Order that the supt. of Auburn Corr. Fac. produce inmate Eddie Hernandez at Auburn Corr. Fac. for deposition on 3-17-89..Lasker, J. cmc PA |
| 2-28-89 | 74 | Filed Order that all fact disc. be completed by 5-31-89..expert disc. be completed by 6-30-89..So Ordered. Mag. Dolinger    cmc    PA |
| 3-17-89 | 75 | Filed Order that superintendent of Downstate Corr. Faac produce inmate Torr HUnter at Downstate to take deposition on 3-31-89...Lasker, J.  cmc  PA |
| 3-22-89 | 76 | Filed pltffs Notice of deposition of Chief T. Murray on 4-5-89   PA |
| 4-5-89 | 77 | Filed Order that superintendent of Fishkill Corr. Fac. produce inmate Wm. Matos for the taking of Wm. Matos deposition..4-11-89..Lasker, J.   cmc   PA |
| 4-5-89 | 78 | Filed Order that superintendent of Fishkill Corr. Fac. produce inmate Wm. Matos for the taking of Wm. Matos deposition 4-11-89...Mag. Dolinger  cmc   pPA |
| 4-13-89 | 79 | Filed defts NOtice of deposition of Hillel Bodek on 4-25-89. |
| 5-12-89 | 80 | Filed Stip & Order that pltffs counsel will take deposition of Donna Reed aka Michelle Penfield...Supt. of Albion Hills Correctional Fac. produce inmate at the Albion Corr. Fac. for taking deposition on 6-9-89..Mag. Dolinger cm PA |
| 5-12-89 | 81 | Filed stip & Order that pltffs counsel will take deposition of Angela Hylton on 5-31-89..Warden of Rose Singer Center produce inmage Angela Hylton on 5-31-89 for deposition..Mag. dolinger    cm    PA |
| 5-12-89 | 82 | Filed Stip & Order that pltffs counsel will take deposition of Cathy Rhoden .. Supt. of Bedford Hills Corr. Facility produce Cathy Rhoden on 6-15-89 for deposition...Mag. Dolinger    cm    PA |
| 5-22-89 | 83 | Filed Order that superintendent of Clinton Corr. Fac. produce inmate Wm. Matos for deposition on 4-11-89...Dolinger, M.   cmc    PA |
| 5-22-89 | 84 | Filed Order that superintendent of Clinton Corr. Fac. produce inmate Wm. Matos for deposition on 4-11-89.. Dolinger, M.   cmc   PA |
| 6-1-89 | 85 | Filed Suppl. Order...that upon consent of parties, a video tape camera, tripod & video tape shall be permitted at the taking of this deposition..Mag. Dolinger (by inmate Cathy Rhoden)    cmc PA |
| 6-1-89 | 86 | Filed Suppl. Order...that upon consent of parties, video tape camera, tripod & video tape shall be permitted at the taking of this deposition of inmate Donna Reed...Mag. Dolinger   cmc    PA |
| 6-14-89 | 87 | Filed Order that disc. be completed by 7-31-89...So Ordered.Mag. Dolinger  cmc PA |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 81-0107 |
|---|---|---|
| DANIEL REYNOLDS et al. | BENJAMIN WARD et al. | PAGE __ OF __ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/28/89 | 88 | Fld. Plaintiff's The Legal Aid Society Notice of Deposition...to take the deposition of Dr. Azariah Eshkenazi on 8/14/89 and 8/15/89.  SC |
| 7/21/89 | 89 | Fld. Pltff's Notice of Deposition...to take the deposition of Dr. Stanley Brodsky on 7/28/89.  SC |
| 8-8-89 | 90 | Fld order, That defts may designate an additional expert by no later than 9-12-89.. the designated expert is to made available for deposition during the week of 10-2-89..... So ordered.. Dolinger Mag, cmc  RL |
| 8-18-89 | 90 | Fld Memo endorsed on letter by Legal Aid Society to Magistrate Dolinger for the continuation of the deposition by no later than the week of 10-23-89..... Application granted.. So ordered.. Dolinger, J.  RL |
| 9-13-89 | 91 | Filed Memo endorsed on letter from Robert Trachtenberg, dtd 9-11-89 to Mag. Dolinger..REG: amend 8-8 order to give defts to 9-29-89 to identify a new security expert...Application granted..Mag. Dolinger  cmc  PA |
| 10-6-89 | 92 | Fld Memo End on letter to Mag Dolinger dtd 10-6-89...The application of defts is granted on the basis of their representation that both experts will be made available for deposition in October...Mag Dolinger.  cmc  PM |
| 2-29-89 | 93 | Fld memo and order, pltffs application to depose Mr. Koehler is denied....... MAG DOLINGER  CMC  LA |
| 1-18-90 | 94 | Fld order of reference to Mag for General pre-trial and sett...LEVAL,J.  CM  LA |
| 1-18-90 |  | Fld memo end on doc#94, assigned to Mag Dolinger..KIRSCH, Dist Exec.  cm  LA |
| 4-18-90 |  | PRE-TRIAL CONFERENCE HELD BY MAG Dolinger |
| 5-29-90 |  | PRE-TRIAL CONFERENCE HELD BY MAG Dolinger |
| 7-16-90 |  | PRE-TRIAL CONFERENCE HELD BY MAG Dolinger |
| 7-23-90 |  | Pre TRIAl Conf held by Mag Dolinger |
| 8-16-90 | 95 | Fld pltffs notice to class of proposed final judgmt as to deft KCH.  LA |
| 8-16-90 | 96 | Fld pltffs notice to class of proposed final judgmt as to deft Bellevue.  LA |
| 8-16-90 | 97 | Fld pltffs notice to class of proposed final judgmt as to Fire Safety.  LA |
| 8-16-90 | 98 | Fld pltffs notice to class of proposed final judgmt as to Outposts.  LA |
| 8-16-90 | 99 | Fld pltffs notice to class of proposed final judgmt as to Elmhurst.  LA |
| 8-17-90 | 100 | Fld order for notice to class... pltffs counsel shall prepare and deliver to defts copy of this stip attached by 8-15-90 and 9-1-90..following the "comment period" a hearing will be held on 9-27-90 at 4:30PM with regard to the approval of proposed sett..LEVAL,J.  LA |
| 9-21-90 | 101 | Fld pltffs declaration of Jonathan Chasan in connection with rule 23(e).  LA |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 81-107 |
|---|---|---|
| Reynolds et al | Sielaff et al | PAGE 8 OF ___ PAGES |

(PNC)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 10-2-90 | 102 | Fld order and consent judgmt approving class action settlements...LEVAL,J. EOD 10-2-90 | LA |
| 5/28/92 | 103 | Fld. Pltff's Letter to J. Leval dtd.5/19/92, re: enclosure of Stipulation which provides for the release by the State to pltff's counsel of the medical records that have been requested ...request for signing by J. Leval. SC | |
| 5/29/92 | 104 | Fld. Stip. & Order...that the State Office of Mental Health shall release the above-named twenty closed medical records(as indicated) to defts' counsel for the purpose of making available to pltffs' counsel; that defts' counsel shall arrange to have copies of these charts delivered to the offices of pltffs' counsel; and that nothing in the stipulation addresses in any fashion the question of whether the defts in this case are entitled to an order modifying the terms of the Consent Judgment in connection with a transfer of pltff class to Kirby Psychiatric Center. So Ordered. LEVAL,J. SC | |
| 7/9/92 | 105 | Fld. Stip. & Order...that the State Office of Mental Health shall release the above-specified incident reports to defts' counsel for the purpose of making them available to pltffs' counsel etc.; and that nothing in this stipulation and order addresses in any fashion the question of whether defts in this case are entitled to an order modifying the terms of the Consent Judgment etc. So Ordered. LEVAL,J. SC | |
| 7/23/92 | 106 | Fld. Stip. & Order To Modify the Consent Decree...that Paragraph 49 of the Stipulation & Order of Settlement is modified to read as follows(as indicated); and that defts shall promulgate appropriate institutional orders at the three hospital wards to implement this policy within thirty days from the date of this Stipulation etc. So Ordered. LEVAL,J. SC | |