UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/09
```

DANIEL REYNOLDS, CARLOS CRUZ, TYRONE McGRAW, MADRICK WALLACE, and LINDA GRIER, individually and on behalf of all other persons similarly situated,

                Plaintiffs,

-v-

ALLYN SIELAFF, Commissioner, New York City Department of Correction, *et al.*,

                Defendants.

No. 81 Civ. 107 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT counsel for all parties shall appear before the Court for a status conference on July 31, 2009 at 2:30 p.m.

SO ORDERED.

Dated:    July 22, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE