USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DANIEL REYNOLDS, CARLOS CRUZ, TYRONE McGRAW, MADRICK WALLACE, LINDA GRIER, individually and on behalf of all other persons similarly situated,

Plaintiffs,

-against-

ALLYN SIELAFF, Commissioner of the Department of Correction of the City of New York, et al.,

Defendants.

------------------------------------------------------------------------ x

[PROPOSED] ORDER

81 Civ. 107 (RJS)

**WHEREAS** Defendants moved to terminate the consent decree in this action pursuant to the Prison Litigation Reform Act, 18 U.S.C. § 3626(b)(1)(i);

**WHEREAS** the motion was denied without prejudice, to allow for a period of discovery for Plaintiffs to determine if there were current and ongoing violation of Plaintiffs' federal rights, pursuant to 18 U.S.C. § 3626(b)(3);

**WHEREAS** the Court entered a discovery schedule, dated September 21, 2009;

**WHEREAS** the Court suspended the discovery schedule for three months to allow the parties to engage in settlement discussions;

**WHEREAS** the parties remain engaged in settlement discussions and wish to extend the stay of discovery to continue to negotiate towards a resolution of this matter;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The discovery schedule set forth in this Court's September 21, 2009 order is suspended for an additional 60 days to allow the parties to continue settlement discussions;

2. At the end of the 60-day period, on or before August 2, 2010, if the action is not settled, the parties shall advise the Court of their progress to date, and the Court shall determine if further negotiations would be fruitful, or whether a revised discovery schedule should be entered.

**SO ORDERED.**

Dated:   New York, New York
         May 28, 2010

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE